# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

| | | | | | |
|---|---|---|---|---|---|
| PO ☐ | 0417 5 | Assigned 1707 | ☐ WRIT | U.S. vs. SMITH, Michael | Case Filed: 05/28/91 |
| Misd. ☐ | | Disp./Sentence 1707 | ☐ JUVENILE | | Docket No. 00043 Def. 01 |
| Felony ☒ | District | Off | Judge/Magistr. | ☐ ALIAS / OFFENSE ON INDEX CARD | No. of Def's: 1 |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18:1711 | Embezzlement of postal funds | 1 | |

## II. KEY DATE

**INTERVAL ONE** — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

**END ONE AND/OR BEGIN TWO** — KEY DATE: 5/28/91 — APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☒ Information ☒ Felony-W/waiver

KEY DATE: 5/28/91 — a) ☒ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE: 5/28/91 — APPLICABLE: ☐ Dismissal ☒ Pled guilty ☐ Nolo ☐ After N.G. ☐ After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| 5/28/91 | 5/28/91 | | | | | | ☐ PTD ☐ Nolle Pros. | ☐ on S.T. grounds ☐ W.P. ☐ WOP ☐ on def motion ☐ on gov't motion |

## III. MAGISTRATE

| | Issued/Return/Served | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|---|
| Search Warrant | Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ / Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | | |

RULE: ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

Eric Evenson

Defense: 1 ☐ CJA   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☒ PD.   7 ☐ CD

628 Coleman St.
Raleigh, N.C. 27610

Federal Public Defender
(Jeffery Starkweather)

8/5/93 - Per FPD on M/REvocation
Jeffrey Starkweather
312 West Franklin St.
Chapel Hill, n.C. 27516
919-967-7799

8-13-93 Re-appointed for
Probation Revocation

**Sen: 9/9/91-Wilm.**

## BAIL • RELEASE

**PRE-INDICTMENT**

Release Date: 
Bail ☐ Denied — ☐ Fugitive ☐ Pers. Rec.
AMOUNT SET: $ — ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made — ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**

Release Date: 5/28/91
Bail ☐ Denied — ☐ Fugitive ☒ Pers. Rec.
AMOUNT SET: $ — ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made — ☐ 3rd Prty ☐ Other

**APPEALS FEE PAYMENTS**

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |

| DATE<br>DOCUMENT NO. | Yr. | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE OF | VI EXCLUDABLE DELAY |||
|---|---|---|---|---|---|---|---|---|
| | 91 | 00043 | 01 | | | Start Date/End Date | Ltr Code | Total Days |

SMITH

**5/28/91** --  Wilm. - Judge Fox - Talley Taylor Ct. Reporter (NHCo.Crth).
1. **WAIVER OF INDICTMENT** - 1c: USA, USPO, USM, FPD, J. Fox
2. **CRIMINAL INFORMATION** - 1c: USA, USPO/PTS, USM, FPD, J. Fox
3. **MEMORANDUM OF PLEA AGREEMENT** - 1c: USA, Judge Fox, USPO and FPD
   deft. sworn - comeptent
   Rule 11
   Plea of guilty - conditional
4. **ORDER SETTING CONDITONS OF RLEASE** - PR bond w/no restr.
   (Fox, J) - cys. distr.
   SEN: 9/9/91 - Wilm. -9 A.M.                                            sr

**6/24/91** -- Original Order Setting conditions of Release filed 5/28/91
   was amended to show conditions of release.(deft. initialed
   copy of original showing he understood conditions) -
   cys. re-distr. to all parties w/amendment.

**8/23/91** **ISSUED NOTICE TO APPEAR** - set for sen. on 9/9/91 at Wilm.
   at 9 A.M. before Judge Fox - 1c: USA and
   FPD                                                                   sr

**8/29/91** 5. **AFFIDAVIT AND MTOION FOR HABEAS CORPUS AD PROSEQUENDUM FOR**
   michael smith and **WRIT** - to be present on 9/9/91 at
   Wilmington for sentencing (Denson, M/J)
   Cr. OB#44, P. 141  - 5 cys. to USA                                    sr

**9/9/91** -- Wilm. - Judge Fox - Talley Taylor Ct. Reporter
   Sentencing - Objections to PSI - no evid. presented
6. **JUDGMENT IN A CRIMINAL CASE**  (offense after 11/1/87)
   $50.00 special asesessment
   60 months probation
   1. reside in a ccc for a period of 8 mos. as a cond.
      of prob., pay subsistence as established by the
      center, and be given work release privileges and
      abide by the rules.
   2. complete 400 hours of community service work at comm.
      service placement as directed by the uspo
   3. deposit $50.00 per month in a savings account
      throughout his prob. period and not make w/drawal
      from this account w/o the approval of the USPO
   4. not consume alcohol or use controlled subs. and
      shall part. in a subs. abuse treatment program which may
      include testing to determine whether the deft. has
      reverted to the use of drugs or alcohol.
   No fine imposed
   No rest. imposed
   Stm. of reasons
      (Fox, J) Cr. OB#44 P. ~~172~~   1c: deft. USPO, FPD,
   Judge Fox, Fin. Sec., 2c: USA and 3c: ?USM
   (ent.          )                                                      sr
   PSI in case file.

**10/11/91** -- Returned PSI to USPO

**5/1/92** 7. MOTION FOR MODIFICATION OF CONDITIONS OR PROBATION AND INC. MEM. OF   5/1/92
   LAW by deft.                                                                    5/4/92
      1 cy: Judge Fox                                                   ag

LETTER CODES - For identifying periods of excludable delay per 18 USC 3161(h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceeding on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
S Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161(b)






```
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs   SMITH, Michael                         91-43-01-Cr-5
```

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5/4/92 | 8. **ORDER** - motion for modification of conditions of probation allowed - time to reside in ccc is reduced to time already served which is 7 mos. (Fox, J) Crr OB#46, P. 131 lc: USA, USPO, USM, Mr. Starkweather (ent. 5/4/92) | sr | | | |
| 8/2/93 | 9. **MOTION FOR REVOCATION** -of probation - by USPO - lc: Judge Fox<br>CJA 23 w/Proposed Order to M/J Denson for approval | sr | 8/2/93<br>8/23/93 | | |
| 8/3/93 | 10. **ORDER** - appointing the FPD (Denson, M/J) lc: FPD w/copy of Motion for REvocation, CJA 23 and note that Mr. Starkweather was originally in case and will be set for 8/23/93 at NB - 9 A.M. - lc: USA and USPO w/note of 8/23 setting. | sr | | | |
| 8/3/93 | -- **ISSUED NOTICE TO APPEAR** - set for hr. on m/revocation on 8/23/93 at New Bern 9 A.M. before Judge Fox - lc: Judge Fox, USA, FPD, USPO, PTS, USM, New Bern Office | sr | | | |
| 8-13-93 | 11 **NOTICE OF APPEARANCE::** Jeffrey L. Starkweather. cc: USA, J. Fox, USPO, PTS, J. Dixon. | wsc | | | |
| 8/17/93 | 12. **AMENDED MOTION FOR REVOCATION** - by USPO - lc: Judge Fox | sr | 8/17/93<br>8/23/93 | | |
| 8/23/93 | -- New Bern - Judge Fox - Lib Leonard Ct. Reporter Hearing on M/Revocation - motion allowed - deft. detained for 6 mos. - order to follow | sr | | | |
| | 13. **JUDGMENT AND COMMITMENT** - provation is revoked - deft. is committed to BOP for 6 mos. - Clerk to deliver 3cc to USM. (Fox, J) Cr. OB#52, P. 112 - lc: Judge Fox, 3c:USM, 4c: USPO, lc: Mr. Starkweather (ent. 8/30/93) | sr | | | |
| 11/1/93 | -- **RETURN ON J&C** filed 8/23/93 - deft. delivered 10/7/93 to FPC - Butner - Karen M. Spikes - Iname Sys. Mgr. | sr | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |